**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1440

DAVID J. WASHINGTON,

Plaintiff - Appellant,

versus

PAMELA T. ELLIOTT, State Farm; LEVON GRAVES;
MAGISTRATE COX; THOMAS A. RUSSO; DIANE SCOTT;
JAMES SALEEBY; SHERRY RHODES; J. J. ROBERTS,
Trooper; MICHAEL G. NETTLES,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:07-cv-00619-RBH)

Submitted:  July 24, 2007              Decided:  July 27, 2007

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David J. Washington, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David J. Washington appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Washington v. Elliott, No. 4:07-cv-00619-RBH (D.S.C. Apr. 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED